| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|  | THOMAS E. KUHNLE (SBN 178055) |
| 2 | AARON SCHUR (SBN 229566) |
|  | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|  | Telephone:  (650) 849-4400 |
| 4 | Facsimile:  (650) 849-4800 |
| 5 | Attorneys for Defendant Mitsubishi Motors North |
|  | America, Inc. and Defendant, Counterclaimant, and |
| 6 | Cross-claimant Mitsubishi Motors Credit of America, |
|  | Inc. |
| 7 | |
|  | DUANE M. GECK (SBN 114823) |
| 8 | DAVID E. PINCH (SBN 124851) |
|  | SEVERSON & WERSON, P.C. |
| 9 | A Professional Corporation |
|  | One Embarcadero Center, Suite 2600 |
| 10 | San Francisco, CA  94111 |
|  | Telephone:  (415) 398-3344 |
| 11 | Facsimile:  (415) 956-0439 |
| 12 | Attorneys for Defendant, Counterclaimant, and Cross- |
|  | claimant Mitsubishi Motors Credit of America, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | | |
| 18 | UKIAH AUTOMOTIVE INVESTMENTS, d.b.a. UKIAH MITSUBISHI, a California corporation, | No. C-04-03932 MMC |
| 19 | Plaintiff, | **STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER** |
|  | v. | |
| 20 | | |
| 21 | MITSUBISHI MOTORS OF NORTH AMERICA, INC. AND MITSUBISHI MOTORS CREDIT OF NORTH AMERICA, INC., and | |
| 22 | DOES 1 through 33, inclusive, | |
| 23 | Defendants. | |
| 24 | | |
|  | AND RELATED ACTIONS | |
| 25 | | |
| 26 | | |

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER

SF/21640213.3

1   WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to
2   amending the case scheduling order to provide the parties with sufficient time to complete
3   certain discovery;
4   WHEREAS, the current case scheduling order provides that the parties must
5   complete non-expert discovery by October 21, 2005, and complete expert discovery by
6   December 23, 2005;
7   WHEREAS, sixteen depositions were scheduled within a three week period in
8   October in Orange County, San Francisco, and multiple locations on the East Coast;
9   WHEREAS, several third party witnesses have scheduling conflicts with the
10  current deposition schedule;
11  WHEREAS, the parties have made their best attempts to accommodate the current
12  case scheduling order, including scheduling depositions on weekends;
13  WHEREAS, a key counsel for Mitsubishi Motors North America, Inc.
14  ("MMNA") and Mitsubishi Motors Credit of America, Inc. ("MMCA") has a two week trial in
15  another matter set to commence on October 24, 2005;
16  WHEREAS, a key counsel for Ukiah Automotive Investments, Inc. ("UAI") and
17  Thomas Cogliano has several depositions in another matter scheduled during the week of
18  November 7, 2005;
19  WHEREAS, an amendment to the current case scheduling order will not prejudice
20  any party, but may assist the efficient administration of justice;
21  NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on
22  the one hand, and UAI and Thomas Cogliano on the other hand, hereby stipulate and agree as
23  follows:
24
25
26

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER

SF/21640213.3

1. The previously noticed depositions of Mike Murphy, Frank Duran, Joe O'Halloran, John Patterson, Greg O'Neill, John McElroy, Thomas Cogliano, and Steve Hearn may be taken on or before November 22, 2005. The deadline for responding to requests for production of documents shall be extended to November 4, 2005. The deadline for completing all remaining non-expert discovery, including interrogatories and/or requests for admission, and their responses, shall not otherwise be amended or changed;

2. The previously noticed deposition of third party witness Michael Korman is presently the subject of a motion for protective order and to disqualify counsel. The hearing for that motion is set for November 18, 2005. The parties agree that if the resolution of that motion permits the taking of Mr. Korman's deposition in this action, that deposition shall proceed pursuant to court order or at a mutually agreeable place and time after the October 21, 2005 non-expert discovery deadline. Any motion to compel or to enforce the subpoena related to the deposition of Michael Korman shall be extended to within ten days of the completion of Mr. Korman's deposition, but no later than 30 days after entry of the order resolving the motion.

3. The deadline for filing any motions to compel related to non-expert discovery shall be extended to December 2, 2005;

4. The deadline for exchanging initial expert reports shall be extended to December 9, 2005;

5. The deadline for exchanging rebuttal expert reports shall be extended to December 23, 2005;

/ / /

/ / /

/ / /

1   6. The deadline for completing expert depositions shall be extended to January 13, 2006.

DATED: October 20, 2005         By:　　　　　/s/　　　　　
                                    Thomas E. Kuhnle
                                Attorneys for Defendants and Counterclaimants
                                MITSUBISHI MOTORS OF NORTH AMERICA,
                                INC. AND MITSUBISHI MOTORS CREDIT OF
                                AMERICA, INC.

DATED: October 20, 2005         By:　　　　　/s/　　　　　
                                    Dennis C. Birkhimer
                                Attorneys for Plaintiff and Counter-defendants
                                UKIAH AUTOMOTIVE INVESTMENTS, INC.
                                AND THOMAS COGLIANO

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: October 21, 2005         _____
                                Hon. Maxine M. Chesney
                                United States District Judge

4

STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER

SF/21640213.3