**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS,<br><br>　　　　Plaintiff,<br>　v.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.,<br><br>　　　　Defendants | No. 04-3932 MMC<br><br>**ORDER DIRECTING MITSUBISHI MOTORS CREDIT OF AMERICA TO LODGE CHAMBERS COPIES IN COMPLIANCE WITH GENERAL ORDER 45 AND THE COURT'S STANDING ORDERS** |

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,

　　　　Counterclaimant
　v.

UKIAH AUTOMOTIVE INVESTMENTS,

　　　　Counterdefendant
_____

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,

　　　　Cross-claimant
　v.

THOMAS COGLIANO,

　　　　Cross-defendant
_____

UKIAH AUTOMOTIVE INVESTMENTS,

　　　　Counterclaimant, and

THOMAS COGLIANO,

　　　　Cross-claimant
　v.

MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.

　　　　Counterdefendants and cross-defendants
_____/

On October 28, 2005, Mitsubishi Motors Credit of America, Inc. ("MMCA") electronically filed its Response to Michael Korman's Motion to Disqualify Counsel for Plaintiff and for Protective Order, as well as the Declaration of David E. Pinch.  MMCA has violated General Order 45 and the Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'"  See General Order 45 § VII.G; see also Standing Orders For Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

MMCA is hereby ORDERED to comply with General Order 45 and the Court's Standing Orders by immediately submitting a chambers copy of the above-referenced documents.  MMCA is hereby advised that if it fails in the future to comply with the Court's Standing Order to provide chambers copies of electronically-filed documents, the Court may impose sanctions, including, but not limited to, striking from the record any electronically-filed document of which a chambers copy has not been timely provided to the Court.

**IT IS SO ORDERED.**

Dated:  November 1, 2005

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge