1  DENNIS C. BIRKHIMER (SBN 65220)
   2509 Bush Street
2  San Francisco, CA 95482
   Telephone: 415.922.1881
3  Facsimile: 415.922.7629

4  RICHARD N. SOX, JR.(FL Bar #982156)
   W. DOUGLAS MOODY, JR (FL Bar #301779)
5  R. CRAIG SPICKARD (FL Bar #721751)
   MYERS & FULLER, P.A.
6  2822 Remington Green Circle
   Tallahassee, FL 32308
7  Telephone: 850.878.6404
   Facsimile: 850.942.4869

8

9  Attorneys for Plaintiff and Counterdefendant
   UKIAH AUTOMOTIVE INVESTMENTS, INC. dba
10 UKIAH MITSUBISHI and Cross-defendant and
   Cross-claimant THOMAS COGLIANO

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UKIAH AUTOMOTIVE INVESTMENTS, dba UKIAH MITSUBISHI, a California Corporation,<br><br>Plaintiff<br><br>vs.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al,<br><br>Defendants.<br><br>AND RELATED ACTIONS | Case No.:   C-04-03932 MMC<br><br>**[PROPOSED]** ORDER GRANTING **MOTION TO WITHDRAW** |
|---|---|

[PROPOSED] ORDER GRANTING
GRANTING MOTION TO WITHDRAW
*Case No. C-04-03932 MMC*

1  The Motion of Myers & Fuller requesting this Court permit the withdrawal of Richard N.
2  Sox, Jr., W. Douglas Moody, Jr. and R. Craig Spickard as attorneys for the Plaintiffs on the
3  grounds that Myers & Fuller has certain irreconcilable differences with lead counsel, Plaintiffs
4  have incurred a substantial overdue balance, and Plaintiffs have been unresponsive to Myers &
5  Fuller's attempts to address the differences with lead counsel and the unpaid balance, came ~~on~~
6  ~~hearing~~ before this Court ~~on November 18, 2005.~~  After consideration of all matters submitted to
7  the Court, and good cause appearing, the Court grants Myers & Fuller's motion to withdraw.
8  The hearing scheduled for November 18, 2005 is hereby VACATED.

9  DATED: November  2 , 2005

_____
Hon. Maxine M. Chesney
United States District Judge

[PROPOSED] ORDER GRANTING
GRANTING MOTION TO WITHDRAW
-2-    *Case No. C-04-03932 MMC*