**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS,<br><br>    Plaintiff,<br>  v.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.,<br><br>    Defendants | No. 04-3932 MMC<br><br>**ORDER DIRECTING THIRD PARTY TO FILE SETTLEMENT AGREEMENT; SEALING ORDER** |

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,

    Counterclaimant
  v.

UKIAH AUTOMOTIVE INVESTMENTS,

    Counterdefendant

___

MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,

    Cross-claimant
  v.

THOMAS COGLIANO,

    Cross-defendant

___

UKIAH AUTOMOTIVE INVESTMENTS,

    Counterclaimant, and

THOMAS COGLIANO,

    Cross-claimant
  v.

MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.

    Counterdefendants and cross-defendants
_____/

Before the Court is the motion, filed October 11, 2005 by Michael Korman ("Korman"), a potential witness in the above-titled action, to disqualify counsel of record for plaintiff and for a protective order.

In his motion, Korman offers to file under seal a copy of the settlement agreement on which his motion is based. Because a review of said agreement may assist the Court in resolving the motion, the Court hereby orders Korman to submit to the Clerk of the Court, no later than Tuesday, November 15, 2005, a copy of the settlement agreement, which document shall be filed under seal.[1]

**IT IS SO ORDERED.**

Dated: November 10, 2005

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The Clerk is hereby DIRECTED to file the agreement under seal.

2