1   BINGHAM McCUTCHEN LLP
    THOMAS E. KUHNLE (SBN 178055)
2   AARON SCHUR (SBN 229566)
    1900 University Avenue
3   East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
4   Facsimile:  (650) 849-4800

5   Attorneys for Defendant Mitsubishi Motors North
    America, Inc. and Defendant, Counterclaimant, and
6   Cross-claimant Mitsubishi Motors Credit of America,
    Inc.

7

    DUANE M. GECK (SBN 114823)
8   DAVID E. PINCH (SBN 124851)
    SEVERSON & WERSON, P.C.
9   A Professional Corporation
    One Embarcadero Center, Suite 2600
10   San Francisco, CA  94111
    Telephone:  (415) 398-3344
11   Facsimile:  (415) 956-0439

12   Attorneys for Defendant, Counterclaimant, and Cross-
    claimant Mitsubishi Motors Credit of America, Inc.

13

           UNITED STATES DISTRICT COURT
14
           NORTHERN DISTRICT OF CALIFORNIA
15
           SAN FRANCISCO DIVISION
16

17

18   UKIAH AUTOMOTIVE INVESTMENTS, d.b.a.     No. C-04-03932 MMC
    UKIAH MITSUBISHI, a California corporation,

19            Plaintiff,     **SECOND STIPULATION AND**
        v.     **ORDER TO AMEND THE CASE**
20     **SCHEDULING ORDER**
    MITSUBISHI MOTORS OF NORTH
21   AMERICA, INC. AND MITSUBISHI MOTORS
    CREDIT OF NORTH AMERICA, INC., and
22   DOES 1 through 33, inclusive,

23            Defendants.

24

    AND RELATED ACTIONS
25

26

---

      SECOND STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

1        WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to

2    amending certain case scheduling orders to provide the parties with sufficient time to complete

3    certain discovery;

4        WHEREAS, the Court entered a Pretrial Preparation Order for this case on

5    January 21, 2005;

6        WHEREAS, all parties entered into an initial Stipulation and Order to Amend the

7    Case Scheduling Order ("Initial Scheduling Stipulation and Order") on October 20, 2005, which

8    amended several of the dates in the Pretrial Preparation Order;

9        WHEREAS, the Court entered the Initial Scheduling Stipulation and Order on

10    October 21, 2005;

11        WHEREAS, all parties have made their best efforts to accommodate the dates in

12    the Initial Scheduling Stipulation and Order;

13        WHEREAS, despite their best efforts, three depositions could not be scheduled

14    within the time prescribed in the Initial Scheduling Stipulation and Order;

15        WHEREAS, the parties have agreed on the following dates for the remaining

16    depositions:  Thomas Cogliano (11/22/05 & 12/1/05); third-party Joe O'Halloran (11/30/05) and

17    third-party Michael Murphy (12/1/05);

18        WHEREAS, an amendment to the case scheduling orders will not prejudice any

19    party, but may assist the efficient administration of justice;

20        NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on

21    the one hand, and UAI and Thomas Cogliano on the other hand, hereby stipulate and agree as

22    follows:

23

24

25

26

SECOND STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

1   1.  As agreed by all counsel, the deadline for completing the depositions of Thomas

2 Cogliano, Joe O'Halloran and Michael Murphy shall be extended to December 2, 2005.

3   2.  No other dates set in the Pretrial Preparation Order or the Initial Scheduling

4 Stipulation and Order shall be altered or affected by this Order.

5

6 DATED:  November 15, 2005    By:_____/s/_____

7                Thomas E. Kuhnle
                Attorneys for Defendants and Counterclaimants

8               MITSUBISHI MOTORS OF NORTH AMERICA,
               INC. AND MITSUBISHI MOTORS CREDIT OF

9               AMERICA, INC.

10 DATED:  November 15, 2005    By:_____/s/_____
                Dennis C. Birkhimer

11              Attorneys for Plaintiff and Counter-defendants
               UKIAH AUTOMOTIVE INVESTMENTS, INC.

12              AND THOMAS COGLIANO

13

14 **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

15

16 DATED: November 16, 2005

17            _____
              Hon. Maxine M. Chesney
              United States District Judge

18

19

20

21

22

23

24

25

26

SECOND STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER