United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS, <br><br>　　　　Plaintiff, <br>　v. <br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al., <br><br>　　　　Defendants <br>_____ <br>MITSUBISHI MOTORS CREDIT OF AMERICA, INC., <br><br>　　　　Counterclaimant <br>　v. <br>UKIAH AUTOMOTIVE INVESTMENTS, <br><br>　　　　Counterdefendant <br>_____ <br>MITSUBISHI MOTORS CREDIT OF AMERICA, INC., <br><br>　　　　Cross-claimant <br>　v. <br>THOMAS COGLIANO, <br><br>　　　　Cross-defendant <br>_____ <br>UKIAH AUTOMOTIVE INVESTMENTS, <br><br>　　　　Counterclaimant, and <br>THOMAS COGLIANO, <br><br>　　　　Cross-claimant <br>　v. <br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al. <br><br>　　　　Counterdefendants and cross-defendants <br>_____/ | No. 04-3932 MMC <br><br>**ORDER REFERRING TO MAGISTRATE JUDGE MOTIONS TO COMPEL** |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the following motions filed December 2, 2005, and all other discovery disputes, are referred to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar:  (1) Motion of Ukiah Automotive Investments, d.b.a. Ukiah Mitsubishi, and Thomas Cogliano to Compel Deposition Testimony and Production of Documents; (2) Motion of Ukiah Automotive Investments, d.b.a. Ukiah Mitsubishi, and Thomas Cogliano to Compel Further Responses and Production of Documents by Mitsubishi Motors of North America, Inc.; (3) Motion of Ukiah Automotive Investments, d.b.a. Ukiah Mitsubishi, and Thomas Cogliano to Compel Further Responses and Production of Documents by Mitsubishi Motors Credit of America, Inc.; (4) Mitsubishi Motors North America Inc.'s Motion to Compel Discovery Responses; and (5) Mitsubishi Credit of America, Inc.'s Motion to Compel Discovery Against Ukiah Automotive, Inc. and Thomas Cogliano.

Counsel will be advised of the date, time and place of the next appearance by notice from the assigned Magistrate Judge's chambers.

The January 6, 2005 hearing, noticed before the undersigned, is hereby VACATED.

**IT IS SO ORDERED.**

Dated:  December 5, 2005

MAXINE M. CHESNEY
United States District Judge