```
1    DENNIS C. BIRKHIMER (SBN 65220)
     2509 Bush Street
2    San Francisco, CA 94115
     Telephone: (415) 922-1881
3    Facsimile:  (415) 922-7629

4
     Attorneys for Plaintiff and Counter-Defendant
5    UKIAH AUTOMOTIVE INVESTMENTS dba
     UKIAH MITSUBISHI and Cross-defendant and
6    Cross-claimant THOMAS COGLIANO

7    ERIC R. WILDGRUBE (SBN 130734)
     2509 1/2 Bush Street
8    San Francisco, CA 94115
     Telephone: (415) 922-1881
9    Facsimile:  (415) 922-7629

10
     Attorneys for Cross-defendant and
11   Cross-claimant THOMAS COGLIANO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UKIAH AUTOMOTIVE INVESTMENTS, dba UKIAH MITSUBISHI, a California Corporation,<br><br>         Plaintiff,<br>     vs.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al,<br><br>         Defendants<br><br>AND RELATED ACTIONS | Case No.: C-04-03932 MMC<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER** |
|---|---|

   WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to amending the case scheduling order to provide the parties with sufficient time to complete certain discovery.

1  WHEREAS, the current case scheduling order provides that the parties must complete non-expert discovery by December 2, 2005, and complete expert discovery by January 13, 2006;.

WHEREAS, the parties have made their best attempts to accommodate the current case scheduling order;

WHEREAS, the second session of the deposition of Thomas Cogliano, which was scheduled to occur on November 28, 2005, could not proceed on that date due to Mr. Cogliano's illness;

WHEREAS, Mr. Cogliano's deposition on December 1, 2005 was suspended at approximately 2:30 p.m. because of Mr. Cogliano's illness;

WHEREAS, an amendment to the current case scheduling order will not prejudice any party, but may assist the efficient administration of justice;

NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on the one hand, and UAI and Thomas Cogliano on the other hand, hereby stipulate and agree as follows:

1. The deposition of Thomas Cogliano will be continued on December 6, 2005 at 9:00 a.m., and December 7, 2005 at 11:00 a.m., at the offices of defendants' attorneys in San Francisco.

2. Any motion concerning the deposition of Thomas Cogliano shall be filed on or before December 12, 2005.

DATED:   December 5, 2005          By: _____/s/_____
                                        Thomas E. Kuhnle
                                   Attorneys for Defendants and Counterclaimants
                                   MITSUBISHI MOTORS OF NORTH AMERICA,
                                   INC. AND MITSUBISHI MOTORS CREDIT OF
                                   NORTH AMERICA, INC.

DATED:   December 5, 2005          By: _____/s/_____
                                        Dennis C. Birkhimer
                                   Attorneys for Plaintiff and Counter-defendants
                                   UKAIH AUTOMOTIVE INVESTMENTS, INC.
                                   AND THOMAS COGLIANO

| | | |
|---|---|---|
| 1 | DATED:     December 5, 2005 | By: _____/s/_____ |
| 2 | | Eric R. Wildgrube |
| | | Attorneys for Cross-defendant and Cross-claimant |
| 3 | | THOMAS COGLIANO |

**PURUSANT TO STIPULATION, IT IS SO ORDERED,**

DATED: December 6, 2005         _____(signature)_____
                                              The Honorable Maxine M. Chesney,
                                              Judge of the United States District Court

3   **THIRD STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER**

**CASE NO.: C-04-03932 MMC**