1   BINGHAM McCUTCHEN LLP
    THOMAS E. KUHNLE (SBN 178055)
2   AARON SCHUR (SBN 229566)
    1900 University Avenue
3   East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
4   Facsimile:  (650) 849-4800

5   Attorneys for Defendant Mitsubishi Motors North
    America, Inc. and Defendant, Counterclaimant, and
6   Cross-claimant Mitsubishi Motors Credit of America,
    Inc.
7
    DUANE M. GECK (SBN 114823)
8   DAVID E. PINCH (SBN 124851)
    SEVERSON & WERSON, P.C.
9   A Professional Corporation
    One Embarcadero Center, Suite 2600
10  San Francisco, CA  94111
    Telephone:  (415) 398-3344
11  Facsimile:  (415) 956-0439

12  Attorneys for Defendant, Counterclaimant, and Cross-
    claimant Mitsubishi Motors Credit of America, Inc.
13
                    UNITED STATES DISTRICT COURT
14
                  NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17

18  UKIAH AUTOMOTIVE INVESTMENTS, d.b.a.          No. C-04-03932 MMC
    UKIAH MITSUBISHI, a California corporation,
19                                                 **FOURTH STIPULATION AND
            Plaintiff,                              ORDER TO AMEND THE CASE
20      v.                                          SCHEDULING ORDER**

21  MITSUBISHI MOTORS OF NORTH
    AMERICA, INC. AND MITSUBISHI MOTORS
22  CREDIT OF NORTH AMERICA, INC., and
    DOES 1 through 33, inclusive,
23
            Defendants.
24
    AND RELATED ACTIONS
25

26

---

FOURTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

1          This Fourth Stipulation and [Proposed] Order to Amend the Case Scheduling

2   Order is agreed to and submitted by Plaintiff and Counter-Defendant Ukiah Automotive

3   Investments ("UAI"), Defendant Mitsubishi Motors North America, Inc. ("MMNA"), Cross

4   Defendant and Cross-Claimant Thomas Cogliano, and Defendant, Counter-Claimant, Cross-

5   Claimant and Cross-Defendant Mitsubishi Motors Credit of America, Inc. ("MMCA").  The

6   need for this Fourth Stipulation and [Proposed] Order to Amend the Case Scheduling Order

7   based on the following facts:

8          WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to

9   amend the current case schedule;

10         WHEREAS, due to dire illness to a family member, counsel for UAI and

11   Cogliano have not been able to exchange expert reports on the date set forth in the Pretrial

12   Preparation Order, as amended, and have been unable to participate in in-person meet and confer

13   sessions to resolve the pending five motions to compel;

14         WHEREAS, the parties understand from a calendar clerk that Judge Chesney's

15   trial calendar is filled until January 2007;

16         WHEREAS, the parties have explored all possible ways to avoid resetting the

17   April 3, 2006 trial date for this action, but do not believe maintaining that trial date can occur

18   without materially prejudicing the parties;

19         WHEREAS, the parties propose below a trial date of July 10, 2006, with the

20   understanding that trial of this action would trail behind trial of a previously-set matter;

21         NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on

22   the one hand, and UAI and Cogliano on the other hand, hereby stipulate and agree as follows:

23      1.      All dates in the Pretrial Preparation Order, as amended, are hereby VACATED

24   and reset as set forth below.

25      2.      The parties shall exchange by email or facsimile their **initial expert reports** on or

26   before January 23, 2006.  Any experts for whom initial expert reports are not exchanged on or

1    before January 23, 2006 shall not be permitted to testify at trial in support of a party's claims or

2    defenses.

3             3.       **Rebuttal expert reports** shall be exchanged by email or facsimile on or before

4    February 8, 2006.  Any experts for which rebuttal expert reports are not exchanged on or before

5    February 8, 2006 shall not be permitted to rebut the other side's expert opinions at trial.

6             4.       **Expert depositions** shall be completed on or before February 17, 2006.

7             5.       **Dispositive motions** shall be filed with the Court on or before March 3, 2006, and

8    shall be set for hearing on April 7, 2006.

9             6.       The parties' **joint statement** in advance of the subsequent case management

10   conference shall be filed with the Court on or before April 21, 2006.

11            7.       A **subsequent case status conference** shall take place on May 5, 2006, at

12   10:30 a.m.

13            8.       The parties shall participate in **private mediation** on or before May 31, 2006.

14            9.       Pursuant to Civil Local Rule 16-10(b)(5), the parties shall participate in a

15   **pre-trial meet and confer conference** on or before May 12, 2006.

16            10.      The **pretrial conference** is set for June 27, 2006, at 3:00 p.m.  Counsel who

17   intend to try the case shall attend.  Counsel shall be prepared to discuss all aspects of the case,

18   including settlement.

19

20

21

22

23

24

25

26

FOURTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

PA/52175120.1

1    11.    **Trial** shall commence on July 10, 2006 at 9:00 a.m. in Courtroom 2 on the 17th

2    Floor.

3

4    DATED:  December 21, 2005          By:_____/s/_____

5                                           Thomas E. Kuhnle
                                          Attorneys for Defendants and Counterclaimants
6                                         MITSUBISHI MOTORS OF NORTH AMERICA,
                                          INC. AND MITSUBISHI MOTORS CREDIT OF
7                                                    AMERICA, INC.

8    DATED:  December 21, 2005          By:_____/s/_____

9                                           Dennis C. Birkhimer
                                          Attorneys for Plaintiff and Counter-defendants
10                                        UKIAH AUTOMOTIVE INVESTMENTS, INC.
                                                AND THOMAS COGLIANO

11

12   **PURSUANT TO STIPULATION, IT IS SO ORDERED,**

13

14   DATED: December 22, 2005          _____

15                                                Hon. Maxine M. Chesney
                                                 United States District Judge

16

17

18

19

20

21

22

23

24

25

26

3

FOURTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER