| | |
|---|---|
| 1 | DENNIS C. BIRKHIMER (SBN 65220) |
| 2 | P.O. Box 2790<br>San Rafael, CA  94912 |
| 3 | Telephone: 415.257.4700<br>Facsimile: 415.257.4707 |

Attorneys for Plaintiff and Counter-Defendant
UKIAH AUTOMOTIVE INVESTMENTS dba
UKIAH MITSUBISHI and Cross-defendant and
Cross-claimant THOMAS COGLIANO

ERIC R. WILDGRUBE (SBN 130734)
P.O. Box 2790
San Rafael, CA  94912
Telephone: 415.257.4700
Facsimile: 415.257.4709

Attorneys for Cross-defendant and
Cross-claimant THOMAS COGLIANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS, dba UKIAH MITSUBISHI, a California Corporation<br><br>Plaintiff,<br>vs.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al,<br><br>Defendants | Case No.: C-04-03932 MMC<br><br>**FIFTH STIPULATION AND [**~~**PROPOSED**~~**] ORDER TO AMEND THE CASE SCHEDULING ORDER** |
| AND RELATED ACTIONS | |

This Fifth Stipulation and [Proposed] Order to Amend the Case Scheduling Order is agreed to and submitted by Plaintiff and Counter-Defendant Ukiah Automotive Investments ("UAI"), Defendant Mitsubishi Motors North America, Inc. ("MMNA"), Cross Defendant and Cross-Claimant Thomas Cogliano, and Defendant, Counter-Claimant, Cross

Claimant and Cross-Defendant Mitsubishi Motors Credit of America, Inc. ("MMCA"). The need for this Fifth Stipulation and [Proposed] Order to Amend the Case Scheduling Order is based on the following facts:

WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to amend the current case schedule;

WHEREAS, due to dire illness and death of a family member, together with disruption of the ability to conduct business due to movement of counsels' offices, counsel for UAI and Cogliano have not been able to exchange expert reports on the date set forth in the Pretrial Preparation Order, as amended;

WHEREAS, due to continuing illness and relapse of the accountant for UAI, Stephen Bonovich, critical financial accounting has not been completed;

WHEREAS, the parties have explored all possible ways to avoid resetting the July 10, 2006 trial date for this action, but do not believe maintaining that trial date can occur without materially prejudicing the parties; and,

WHEREAS, the parties propose below a trial date of September 18, 2006, with the understanding that trial of this action would trail behind trial of a previously-set matter.

NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on the one hand, and UAI and Cogliano on the other hand, hereby stipulate and agree as follows:

1. All dates in the Pretrial Preparation Order, as amended, are hereby VACATED and reset as set forth below.

2. The parties shall exchange by email or facsimile their initial expert reports on or before April 18, 2006. Any experts for whom initial expert reports are not exchanged on or before April 18, 2006 shall not be permitted to testify at trial in support of a party's claims or defenses.

3. Rebuttal expert reports shall be exchanged by email or facsimile on or before May 9, 2006. Any experts for which rebuttal expert reports are not exchanged on or before May 9, 2006 shall not be permitted to rebut the other side's expert opinions at trial.

4. Expert depositions shall be completed on or before May 25, 2006.

5. Dispositive motions shall be filed with the Court on or before June 9, 2006, and shall be set for hearing no later than July 14, 2006.

6. The parties' joint statement in advance of the subsequent case management conference shall be filed with the Court on or before July 7, 2006.

7. A subsequent case status conference shall take place on July 14, 2006, at 10:30 a.m.

8. The parties shall participate in private mediation on or before July 21, 2006.

9. Pursuant to Civil Local Rule 16-10(b)(5), the parties shall participate in a pre-trial meet and confer conference on or before July 21, 2006.

10. The pretrial conference is set for September 5, 2006, at 3:00 p.m. Counsel who intend to try the case shall attend. Counsel shall be prepared to discuss all aspects of the case, including settlement.

11. Trial shall commence on September 18, 2006 at 9:00 a.m. in Courtroom 7 on the 19th floor.

DATED: January 24, 2006        By: _____/s/_____
                                    Thomas E. Kuhnle
                               Attorneys for Defendants and Counterclaimants
                               MITSUBISHI MOTORS OF NORTH AMERICA, INC. and MITSUBISHI MOTORS CREDIT OF NORTH AMERICA, INC.

DATED: January 24, 2006        By: _____/s/_____
                                    Dennis C. Birkhimer
                               Attorneys for Plaintiff and Counter-defendants
                               UKAIH AUTOMOTIVE INVESTMENTS, INC. AND THOMAS COGLIANO

**PURUSANT TO STIPULATION, SO ORDERED,** with the exception that the trial shall commence on October 2, 2006, at 9:00 a.m.

DATED: January 27, 2006        _____
                               The Honorable Maxine M. Chesney,
                               Judge of the United States District Court

3    **FIFTH STIPULATION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULING ORDER**

CASE NO.: C-04-03932 MMC