**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS, | No. C-04-3932 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION** |
| MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al., | |
| Defendant(s). / | |

and related counterclaims

The Court is in receipt of defendant Mitsubishi Motors North America, Inc.'s letter, filed April 21, 2006. In its letter, Mitsubishi requests an order setting a May 5 deadline for plaintiff Ukiah Automotive Investments and cross-defendant Thomas Cogliano to provide the additional discovery they agreed to provide in March, and prepare their half of a joint letter regarding pending discovery disputes. Good cause appearing, the Court hereby ORDERS the parties to meet and confer, in person, on May 8, 2006 at 9:30 a.m. in Courtroom B, located on the 15th Floor of the Federal Building, 450 Golden Gate Ave, San Francisco, California 94102. At the meet and confer session, the parties should come prepared to meaningfully discuss and resolve their outstanding discovery dispute(s). In the event that the parties are unable to resolve their disputes, they shall draft a joint letter at the meet and confer session in compliance with this Court's standing order and said

letter shall be presented by the parties for filing at the conclusion of the session. Thus, the parties are ORDERED to bring with them one laptop and diskette(s) or USB port drive to use in drafting said letter. The parties are advised that they will not meet with the undersigned during the meet and confer session.

However, if Ukiah and Cogliano provide the additional discovery and their portion of the joint letter before May 8, the parties shall jointly notify the Court and this order shall be deemed vacated. The parties are reminded that it is preferable to submit a separate letter for each dispute rather than discussing all outstanding disputes in one five-page letter.

**IT IS SO ORDERED.**

Dated: April 27, 2006

MARIA-ELENA JAMES
United States Magistrate Judge

2