**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS,<br><br>    Plaintiff,<br>  v.<br><br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.,<br><br>    Defendants<br>_____<br>MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,<br><br>    Counterclaimant<br>  v.<br>UKIAH AUTOMOTIVE INVESTMENTS,<br><br>    Counterdefendant<br>_____<br>MITSUBISHI MOTORS CREDIT OF AMERICA, INC.,<br><br>    Cross-claimant<br>  v.<br>THOMAS COGLIANO,<br><br>    Cross-defendant<br>_____<br>UKIAH AUTOMOTIVE INVESTMENTS,<br><br>    Counterclaimant, and<br>THOMAS COGLIANO,<br><br>    Cross-claimant<br>  v.<br>MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al.<br><br>    Counterdefendants and cross-defendants<br>_____/ | No. 04-3932 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION OF PLAINTIFF AND CROSS-CLAIMANT TO EXTEND TIME TO PRODUCE EXPERT REPORTS** |

Before the Court is the motion, filed April 18, 2006 on behalf of plaintiff Ukiah Automotive Investments and cross-claimant Thomas Cogliano, to extend pursuant to Rule 6(b) of the Federal Rules of Civil Procedure the deadline for said parties to produce expert reports. Defendants have filed opposition. The Court, having considered the papers filed in support of and in opposition to the motion, finds the moving parties have shown good cause for an extension, although not of the length sought, and, accordingly, hereby modifies the Case Scheduling Order, filed January 26, 2006, as follows:[1]

1. With respect to the issue of damages only, the deadline to exchange by email or facsimile initial expert reports is extended from April 18, 2006 to June 20, 2006.

2. With respect to the issue of damages only, the deadline to exchange by email or facsimile rebuttal expert reports is extended from May 9, 2006 to July 5, 2006.

3. With respect to damages experts only, the deadline to complete expert depositions is extended from May 25, 2006 to July 18, 2006.

4. The deadline by which the parties shall participate in private mediation is extended from July 21, 2006 to August 4, 2006.

5. In all other respects, the dates and deadlines set forth in the Case Scheduling Order, as previously amended by order filed January 26, 2006, remain in effect.

**IT IS SO ORDERED.**

Dated: May 3, 2006

MAXINE M. CHESNEY
United States District Judge

---

[1] The hearing date of May 26, 2006 is hereby VACATED. As defendants point out, a motion for relief pursuant to Rule 6(b) is deemed submitted the third court day following the filing of the motion. See Civil L.R. 6(d).