1   BINGHAM McCUTCHEN LLP
    THOMAS E. KUHNLE (SBN 178055)
2   AARON SCHUR (SBN 229566)
    1900 University Avenue
3   East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
4   Facsimile:  (650) 849-4800

5   Attorneys for Defendant Mitsubishi Motors North
    America, Inc. and Defendant, Counterclaimant, and
6   Cross-claimant Mitsubishi Motors Credit of America,
    Inc.
7
    DUANE M. GECK (SBN 114823)
8   DAVID E. PINCH (SBN 124851)
    SEVERSON & WERSON, P.C.
9   A Professional Corporation
    One Embarcadero Center, Suite 2600
10  San Francisco, CA  94111
    Telephone:  (415) 398-3344
11  Facsimile:  (415) 956-0439

12  Attorneys for Defendant, Counterclaimant, and Cross-
    claimant Mitsubishi Motors Credit of America, Inc.

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                      SAN FRANCISCO DIVISION
16

17

18  UKIAH AUTOMOTIVE INVESTMENTS, d.b.a.        No. C-04-03932 MMC
    UKIAH MITSUBISHI, a California corporation,
                                                **SIXTH STIPULATION AND ORDER**
19                 Plaintiff,                   **TO AMEND THE CASE**
            v.                                  **SCHEDULING ORDER**
20
    MITSUBISHI MOTORS OF NORTH
21  AMERICA, INC. AND MITSUBISHI MOTORS
    CREDIT OF NORTH AMERICA, INC., and
22  DOES 1 through 33, inclusive,

23                 Defendants.

24
    AND RELATED ACTIONS
25

26

---

SIXTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

PA/52183067.1

1        This Sixth Stipulation and [Proposed] Order to Amend the Case Scheduling Order

2   is agreed to and submitted by Plaintiff and Counter-Defendant Ukiah Automotive Investments

3   ("UAI"), Defendant Mitsubishi Motors North America, Inc. ("MMNA"), Cross Defendant and

4   Cross-Claimant Thomas Cogliano, and Defendant, Counter-Claimant, Cross-Claimant and

5   Cross-Defendant Mitsubishi Motors Credit of America, Inc. ("MMCA").  The need for this Sixth

6   Stipulation and [Proposed] Order to Amend the Case Scheduling Order is based on the following

7   facts:

8        WHEREAS, pursuant to Civil Local Rules 6-1 and 6-2, all parties stipulate to

9   amend the current case schedule;

10        WHEREAS, on May 3, 2006, the Court issued an Order Granting In Part and

11   Denying In Part Motion of Plaintiff and Cross-Claimant To Extend Time To Produce Expert

12   Reports ("May Order");

13        WHEREAS, the May Order sets the completion of expert discovery after the

14   deadline for filing motions for summary judgment;

15        WHEREAS, MMNA and MMCA believe they may file a motion for summary

16   judgment or partial summary judgment on damages issues.

17        NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on

18   the one hand, and UAI and Cogliano on the other hand, hereby stipulate and agree that the

19   following dates supplement the Case Scheduling Order which was filed on January 26, 2005, and

20   which was modified by the May Order:

21        1.    The last day on which MMNA and/or MMCA may file a motion for

22   summary judgment or partial summary judgment on damages issues is July 21, 2006;

23        2.    Any opposition to a summary judgment motion on damages issues shall be

24   filed on or before August 11, 2006;

25        3.    Any reply in support of a summary judgment motion on damages issues

26   shall be filed on or before August 18, 2006; and

1

SIXTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER

1                4.      The hearing on any summary judgment motion on damages issues shall be

2  scheduled for September 1, 2006, at 9:00 a.m.

3

4  DATED: May 23, 2006            By:_____/s/_____

5                                      Thomas E. Kuhnle
Attorneys for Defendants and Counterclaimants

6                                MITSUBISHI MOTORS OF NORTH AMERICA,
INC. AND MITSUBISHI MOTORS CREDIT OF

7                                      AMERICA, INC.

8  DATED: May 23, 2006            By:_____/s/_____

9                                      Dennis C. Birkhimer
Attorneys for Plaintiff and Counter-defendants

10                               UKIAH AUTOMOTIVE INVESTMENTS, INC.
AND THOMAS COGLIANO

11

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13

14  DATED: May 25, 2006

15                                  _____
                                   Hon. Maxine M. Chesney
United States District Judge

16

17

18

19

20

21

22

23

24

25

26

SIXTH STIPULATION AND ORDER TO AMEND THE CASE SCHEDULING ORDER