**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS, | No. C-04-3932 MMC (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER FOR PARTIES TO FILE RELEVANT DEPOSITION TESTIMONY** |
| MITSUBISHI MOTORS OF NORTH AMERICA, INC., et al., | |
| Defendant(s). | |

and related counterclaims

The Court is in receipt of the parties' joint discovery dispute letter, filed May 22, 2006. Doc. #198. As the letter references deposition testimony, the Court finds review of the testimony appropriate and hereby ORDERS the parties to file the relevant testimony. The testimony shall be provided in one filing, signed by both parties, and formatted in such a way as to provide references between portions of the joint letter and the corresponding testimony. The parties shall file (and provide a chambers copy) of the testimony as soon as possible, but no later than June 1, 2006. If either party requests that certain portions of the testimony be filed under seal, the parties shall comply with the requirements of Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: May 26, 2006

