| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | THOMAS E. KUHNLE (SBN 178055) |
| 2 | AARON SCHUR (SBN 229566) |
| | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
| | Telephone:  (650) 849-4400 |
| 4 | Facsimile:  (650) 849-4800 |
| 5 | Attorneys for Defendant Mitsubishi Motors North America, Inc. and Defendant, Counterclaimant, and |
| 6 | Cross-claimant Mitsubishi Motors Credit of America, Inc. |
| 7 | |
| 8 | DUANE M. GECK (SBN 114823) |
| | DAVID E. PINCH (SBN 124851) |
| | SEVERSON & WERSON, P.C. |
| 9 | A Professional Corporation |
| | One Embarcadero Center, Suite 2600 |
| 10 | San Francisco, CA  94111 |
| | Telephone:  (415) 398-3344 |
| 11 | Facsimile:  (415) 956-0439 |
| 12 | Attorneys for Defendant, Counterclaimant, and Cross-claimant Mitsubishi Motors Credit of America, Inc. |
| 13 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 17 | | |
| 18 | UKIAH AUTOMOTIVE INVESTMENTS, d.b.a. UKIAH MITSUBISHI, a California corporation, | No. C-04-03932 MMC |
| 19 | Plaintiff, | **STIPULATION AND ORDER TO ALLOW THE PARTIES TO EXCEED PAGE LIMITATIONS** |
| 20 | v. | |
| 21 | MITSUBISHI MOTORS OF NORTH AMERICA, INC. AND MITSUBISHI MOTORS CREDIT OF NORTH AMERICA, INC., and | |
| 22 | DOES 1 through 33, inclusive, | |
| 23 | Defendants. | |
| 24 | | |
| 25 | AND RELATED ACTIONS | |
| 26 | | |

STIPULATION AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO EXCEED PAGE LIMITATIONS
CASE NO. C-04-03932 MMC

PA/52183554.1

1   This Stipulation and [Proposed] Order to Allow the Parties to Exceed Page
2   Limitations is agreed to and submitted by Plaintiff and Counter-Defendant Ukiah Automotive
3   Investments ("UAI"), Defendant Mitsubishi Motors North America, Inc. ("MMNA"), Cross
4   Defendant and Cross-Claimant Thomas Cogliano, and Defendant, Counter-Claimant, Cross-
5   Claimant and Cross-Defendant Mitsubishi Motors Credit of America, Inc. ("MMCA").  The
6   need for this [Proposed] Order is based on the following facts:
7   WHEREAS, pursuant to the Case Scheduling Order, as amended, the deadline for
8   filing motions for summary judgment is June 9, 2006;
9   WHEREAS, MMNA and MMCA intend to submit motions for summary
10  judgment on or before June 9, 2006;
11  WHEREAS, there are a large number of issues in this case, as evidenced by,
12  among other things, UAI's and Cogliano's Third Amended Complaint which is 60 pages long
13  and alleges 23 causes of action;
14  WHEREAS, Civil Local Rules 7-2(b) and 7-4(b) state that a motion and an
15  opposition to a motion may not exceed 25 pages; and
16  WHEREAS, Civil Local Rules 7-11 and 7-12 concern administrative requests for,
17  among other things, motions or stipulations to exceed applicable page limitations.
18  NOW, THEREFORE, subject to the Court's approval, MMNA and MMCA on
19  the one hand, and UAI and Cogliano on the other hand, hereby stipulate and agree that the
20  summary judgment motions submitted by MMNA and MMCA may each be up to 30 pages long,
21  and if the motions are between 26 and 30 pages long, any opposition to each motion filed by
22  UAI and Cogliano may be up to the same length as the motions submitted by MMNA and
23  MMCA.
24
25
26

| | | |
|---|---|---|
| 1 | DATED: June 2, 2006 | By: _____/s/_____ |
| 2 | | Thomas E. Kuhnle |
| 3 | | Attorneys for Defendants and Counterclaimants MITSUBISHI MOTORS OF NORTH AMERICA, INC. AND MITSUBISHI MOTORS CREDIT OF AMERICA, INC. |

DATED: June 2, 2006     By: _____/s/_____
Dennis C. Birkhimer
Attorneys for Plaintiff and Counter-defendants
UKIAH AUTOMOTIVE INVESTMENTS, INC.
AND THOMAS COGLIANO

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: June 6, 2006

_____
Hon. Maxine M. Chesney
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO EXCEED PAGE LIMITATIONS
CASE NO. C-04-03932 MMC

PA/52183554.1