| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | THOMAS E. KUHNLE (SBN 178055) |
| 2 | AARON SCHUR (SBN 229566) |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA  94303-2223 |
|   | Telephone:  (650) 849-4400 |
| 4 | Facsimile:  (650) 849-4800 |
|   | Attorneys for Defendant Mitsubishi Motors North |
| 5 | America, Inc. and Defendant, Counterclaimant, and |
|   | Cross-claimant Mitsubishi Motors Credit of America, |
| 6 | Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UKIAH AUTOMOTIVE INVESTMENTS, d.b.a. UKIAH MITSUBISHI, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MOTORS NORTH AMERICA, INC. AND MITSUBISHI MOTORS CREDIT OF AMERICA, INC., and DOES 1 through 33, inclusive,<br><br>Defendants.<br><br>AND RELATED ACTIONS | No. C-04-03932 MMC (MEJ)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF MITSUBISHI MOTORS NORTH AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION<br><br>**Hearing Date:** July 14, 2006<br>**Time:** 9:00 a.m.<br>**Location:** Courtroom 7, 19th Floor<br>**Before:** Hon. Maxine M. Chesney |

SF/21671818.1/0344399-0000310569    No.  C 04-03932 MMC (MEJ)

[PROPOSED] ORDER GRANTING ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PORTIONS OF MITSUBISHI MOTORS NORTH AMERICA, INC.'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING DECLARATION

SF/21624345.1

1
2   The Court considered the unopposed *Administrative Request to File Under Seal*
3   *Portions of Mitsubishi Motors North America, Inc.'s Motion for Summary Judgment and*
4   *Supporting Declaration*.  For good cause appearing:
5   IT IS HEREBY ORDERED that the Administrative Request is GRANTED.
6   *Mitsubishi Motors North America, Inc.'s Motion for Summary Judgment*, and the *Declaration of*
7   *Thomas Kuhnle in Support of Mitsubishi Motors North America, Inc.'s Motion for Summary*
8   *Judgment* shall be filed under seal.
9
10
    DATED:  June 13, 2006                               _____
11                                                      Hon. Maxine M. Chesney
                                                        United States District Court Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26